UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MERLE L. ROYSE,

              Petitioner,

  v.

PAT GLEBE,

              Respondent.

No. C10-5134 RBL/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

      Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

      The Clerk is directed to mail a copy of this Order to Petitioner.

      DATED this  15th  day of March, 2010.

                                                                 Karen L. Strombom
                                                                United States Magistrate Judge

ORDER - 1