UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MERLE L. ROYSE,<br><br>                              Petitioner,<br><br>        v.<br><br>PAT GLEBE,<br><br>                              Respondent. | No. C10-5134 RBL/KLS<br><br>AMENDED<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court having reviewed the Report and Recommendation of the Hon. Karen L. Strombom, United States Magistrate Judge, objections to the Report and Recommendation [Dkt. #7], and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's habeas corpus petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION**.

(3)     The clerk is directed to send copies of this Order to Petitioner and to the Hon. Karen L. Strombom **AND TO ADMINISTRATIVELY CLOSE THIS FILE**.

DATED this 14th day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1