# United States District Court

WESTERN DISTRICT OF WASHINGTON

MERLE L. ROYSE

     v.

PAT GLEBE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5134 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's habeas corpus petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION**.

| April 23, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                        *s/ Mary Trent*
                        Deputy Clerk